*Byron* and *William E. Lucas* for petitioners. *John B. Cuningham, T. Roland Berner* and *Aaron Lewittes* for respondent.

No. 547. TRADERS AND GENERAL INSURANCE Co. *v.* EDWARDS ET AL. C. A. 10th Cir. Certiorari denied. *Rex H. Holden* for petitioner. *G. Ellis Gable* for respondents.

No. 550. FOGARTY ET AL. *v.* AUSTRIAN ET AL., TRUSTEES; and

No. 551. PASTERNAK, EXECUTOR, *v.* AUSTRIAN ET AL., TRUSTEES. C. A. 2d Cir. Certiorari denied. *Horace R. Lamb* and *Murray D. Welch* for petitioners in No. 550. *Harry J. Pasternak* for petitioner in No. 551. *Carl J. Austrian* and *Saul J. Lance* for respondents. *Solicitor General Sobeloff, William H. Timbers* and *David Ferber* filed a brief for the Securities and Exchange Commission, as *amicus curiae.* Reported below: 216 F. 2d 278.

No. 553. ARCHER ET VIR *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *Henry J. Fox* and *Edward Feldman* for petitioners. *Solicitor General Sobeloff, Assistant Attorney General Burger, Paul A. Sweeney* and *Morton Hollander* for the United States.

No. 557. McINTIRE *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied. *C. A. Summers* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Olney, Beatrice Rosenberg* and *Carl H. Imlay* for the United States.

No. 568. MARTENEY *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied. *Emmet A. Blaes* and *A. Lewis Oswald* for petitioner. *Solicitor General Sobeloff* for the United States.